IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:15CR3086 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS ALEJANDRO RODRIGUEZ-PADRON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. The Clerk shall file the attached letter and, construed as a motion, it is denied.

2. The Clerk shall mail to the defendant a copy of the Eighth Circuit's recent opinion in the direct appeal and the related judgment.

3. The defendant is advised that there is no pending § 2255 motion.

4. The Clerk shall mail a copy of the form for filing a § 2255 motion to the defendant.

DATED this 11th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge