IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CARLOS ALEJANDRO RODRIGUEZ-PADRON,<br><br>                    Defendant. | **4:15CR3086**<br><br>**ORDER** |

      I am in receipt of a letter from the defendant. It appears to me that he wants to file a § 2255 motion. Therefore,

      IT IS ORDERED that:

      (1)    The Clerk shall file the defendant's letter as a miscellaneous document in this case.

      (2)    The Clerk shall mail the defendant the forms for filing a § 2255 motion.

      (3)    The defendant's request for appointment of counsel is denied without prejudice.

      (4)    The defendant shall file his § 2255 motion on or before July 28, 2021. Failure to promptly file the motion will result in a dismissal without prejudice.

      Dated this 28th day of June, 2021.

                                                                         BY THE COURT:

                                                                        *Richard G. Kopf*
                                                                        Richard G. Kopf
                                                                        Senior United States District Judge