IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS ALEJANDRO RODRIGUEZ-PADRON,<br><br>　　　　　Defendant. | 4:15CR3086<br><br>**MEMORANDUM AND ORDER** |

　　For the reasons articulated by the government, I deny the defendant's motion for compassionate release. In summary, the defendant continues to be a danger to the community. He has a significant criminal history category of III, with arrests including third-degree assault, third-degree domestic assault, and terroristic threats and first-degree criminal trespassing. The Bureau of Prisons rates him as a high risk for recidivism. He was classified as being a high risk as recently as April 9, 2021. It is noteworthy that his classification occurred after the defendant submitted his motion for compassionate release. Therefore,

　　IT IS ORDERED that the defendant's motion for compassionate release (Filing 117) and any other such motion are denied.

　　Dated this 27th day of July, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　Senior United States District Judge