IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS ALEJANDRO RODRIGUEZ-PADRON,<br><br>　　　　　　Defendant. | 4:15-CR-3086<br><br>ORDER |

For the reasons stated in the Court's order of October 21, 2024 (filing 178), the defendant's motion (filing 184) for new counsel to collaterally attack his conviction is denied.

IT IS ORDERED that the defendant's motion (filing 184) is denied.

Dated this 20th day of November, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge